UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:10-14200-CIV-MARTINEZ-WHITE

TIMOTHY STIDHUM #B-095360,

    Plaintiff,

vs.

WALTER MCNEILL, SECRETARY
DEPARTMENT OF CORRECTIONS, THOMAS
REID, WARDEN, DEVERE INMAN ASST.
WARDEN, MARTIN CORRECTIONAL
INSTITUTION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on all pretrial matters. The Magistrate Judge filed a Report and Recommendation (**D.E. No. 9**). The Court has reviewed the entire file and record. No objections have been filed.

The Court notes that in the Report and Recommendation, Judge White recommended permitting Plaintiff to amend his complaint on the issue of denial of adequate medical treatment. Plaintiff subsequently filed a separate motion requesting an extension of time in which to file an amended complaint, which Judge White granted. Then Plaintiff moved for another extension, which Judge White granted. The second extended deadline has passed, and Plaintiff has still not filed an amended complaint. The Court will not *sua sponte* give Plaintiff a third extension of time to amend his complaint. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge White's Report and Recommendation (**D.E. No. 9**) is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

1. The complaint be **DISMISSED** pursuant to 28 U.S.C. § 1915.

2. This case is **CLOSED**, and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 28 day of March, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge White
All Counsel of Record